# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Enrique Sanchez | **Case No :** | **10−91058 − E − 7** |
| | | **Date :** | 06/09/10 |
| | | **Time :** | 11:00 |

**Matter :** [22] − Order to Show Cause − Failure to Pay Fees as Transmitted to BNC for Service. Hearing to be held on 6/9/2010 at 11:00 AM at Modesto Courtroom, Department E. (cwam)

**Judge :** Ronald H. Sargis
**Courtroom Deputy :** Sharon Baker
**Reporter :** Laura Fowler
**Department :** E

**APPEARANCES for :**
**Movant(s) :**
        Court
**Respondent(s) :**
None

### CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are stated in the civil minutes for the hearing.

IT IS ORDERED that the order to show cause is sustained, and the case is dismissed.

Dated: June 15, 2010

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court